T. Grady Head, attorney-general, Frank B. Willingham, solicitor-general, and Maud Saunders, contra.

## JOHNSON v. THE STATE.

GRICE, Justice. The record in the instant case is identical with that in Johnson v. State, ante, 806. Both plaintiffs in error were tried together; and the evidence being the same, and the grounds of their respective motions for new trial being the same, the rulings in one case necessarily control the other.

> Judgment affirmed. All the Justices concur.

No. 14674. NOVEMBER 9, 1943.

R. O. Jackson and E. L. Reagan, for plaintiff in error.

T. Grady Head, attorney-general, Frank B. Willingham, solicitor-general, and Maud Saunders, contra.